FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB 16 2010

BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

KRISTINE E. JOHNSON (7190)
PARSONS BEHLE & LATIMER
Attorneys for Defendant Samsung Electronics
America, Inc.
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULLCANDY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BLUEANT WIRELESS, PTY. LTD., et. al., <br><br> Defendants. | **ORDER** <br><br> Case No. 2:09cv01072 <br><br> Judge Dee V. Benson |

Based upon the Stipulation of the parties dated February 12th, Defendant Samsung Electronics America, Inc., has been granted an extension of time in which to answer the Complaint until April 13, 2010.

Dated this 16th day of February 2010.

BY THE COURT:

_Dee Benson_
Judge Dee V. Benson

4826-0327-9621.1