KRISTINE E. JOHNSON (7190)
PARSONS BEHLE & LATIMER
Attorneys for Defendant Samsung Electronics America, Inc.
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKULLCANDY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>BLUEANT WIRELESS, PTY. LTD., et. al.,<br><br>    Defendants. | NOTICE OF CONSENT TO EXTENSION<br><br>Case No. 2:09cv01072<br><br>Judge Dee V. Benson |

Plaintiff, through its below listed counsel of record, and Defendant Samsung Telecommunications America, LLC, ("Samsung") through its below listed counsel of record, hereby stipulate and agree that Defendant Samsung may be granted an extension of time in which to answer or otherwise respond to the Second Amended Complaint for Patent Infringement until and including April 13, 2010.

DATED this 4th day of March, 2010.

                        */s/ Kristine E. Johnson*
                        KRISTINE E. JOHNSON
                        PARSONS BEHLE & LATIMER
                        Attorneys for Defendant Samsung
                        Telecommunications America, LLC.

DATED this 4th day of March, 2010.

                        *[s] Clinton E. Duke*
                        CLINTON E. DUKE
                        WORKMAN NYDEGGER
                        Attorneys for Plaintiff